UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:-16-102 |
| | ) | JUDGE TRAUGER |
| MICHAEL POTEETE | ) | |

## MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE

Comes Michael C. Holley, Assistant Federal Public Defender, and hereby gives notice of his appearance in this matter and requests that all documents filed from this date forward be served upon him. Counsel intends to file a motion for compassionate release for Mr. Poteete. Furthermore, the Court is moved to substitute AFPD Michael C. Holley for Mr. Gary Blackburn as counsel of record.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY (BPR #021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Michael Poteete

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2020, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Joseph Montminy, Assistant United States Attorneys, Office of the U.S. Attorney, 110 Ninth Avenue North, Suite A961, Nashville, Tennessee, 37203.

                                      *s/ Michael C. Holley*
                                      MICHAEL C. HOLLEY