| To: | File |
|---|---|
| From: | Ben Leonard |
| Date: | 4/28/20 |
| Call Dates: | 4/28/20 & 4/30/20 |
| Case: | Michael Poteete |
| Re: | Legal call with Michael Poteete about Compassionate Release |

**Michael Roy Poteete**

DOB: ██/██/1979

SSN: ███-██-████

Reg.# 25105-075

LOC: FMC Lexington

3301 Leestown RD

Lexington, KY. 40511

859-255-6812

Counselor: **Mr. Jamie Brown**

**859-255-6812 Ext 5547**

## Request for Compassionate Release

Michael Poteete submitted an Electronic Copout for Home Confinement request April 3, 2020 under the Care Act. He received his denial letter April 14, 2020. The Warden's reasons for denying Michael's Copout request was that he hasn't serviced 50% of his sentence and he was convicted of a violent crime in 1997. Angela Poteete mailed the Warden a certified CR request letter for Michael around April 1, 2020. He has not received a CR response from the Warden and doesn't know if his wife Angela has received a response either. Michael file a CR request again on April 30, 2020 and will follow the Exhausting Admin. Remedies guidelines. He will send us copies of all documents he sends and receives.

## Release Plan

Michael will live with his wife Angela and their three children ages 18, 15 and 14. Their home is located at ▇▇ Peter Pond Rd. Ashland City, TN. Michael has a written job offer from **Steve Bass** the owner of **Bass Tires**. Angela will also be his financial support. She has been employed since 2016 at **Valor Collegiate Academy** as a **Para Educator**. Angela also works as an **Office Manager** for **Holy Trinity Community Church**. Michael's will be added to Angela's GEICO medical insurance she has with Metro Nashville Schools system. The GEICO Insurance Plan is full coverage for entire family.

Michael has 6 Children. Three biological children with his Ex-wife Sarah Poteete and three step children with current wife Angela Poteete. Michael Ex-wife Sarah had custody of their 3 Children but **Lincoln County TN. Juvenile Court** took custody of their three children in 2019. The Juvenile Courts took custody of Michael's three children while Michael was incarcerated. The children were taken from Sarah Poteete because the children were being neglected. Michael's aunt **Tera Ryan** was granted custody of the three Children. If Michael is released he will file to regain custody of the three children. Michael and Angela would raise all 6 children together in their home.

## Michael Poteete Medical Information

Michael has liver problems from drinking alcohol for many years. He was treated and diagnosed at **Cheatham Co. Regional Hospital** with high liver enzymes around September 2018. His liver enzymes was 13 times higher than normal. He was not prescribed any medication but was told to detox on his own immediately. Michael was considered Surrendered on Jan. 4, 2019 and hasn't consumed alcohol since. Michael had a liver test and ultrasound at **University of Kentucky Hospital** in February 2019 and was told his liver enzymes were still high. They also did a CAT scan on his liver in Aug. 2019 but he hasn't gotten the results back. Michael was diagnosed with **Atherosclerosis** in Jan. 2019 at FMC Lexington.

Michael signed documents and made his wife Angela Poteete power of attorney before he was incarcerated. She has authority to request and get all records.

## COVID-19

FMC Lexington has been on lockdown for 28 days for precautionary reasons. Michael said he discovered today they have 5 Corid-19 case in the Unit next to his Unit. He has no other information regarding Covid-19 issues. Michael stated that their pod is set up like dorm rooms with no bathroom in their cells. Their doors are never locked

because inmates need to go to the restroom when needed. This makes it hard to keep social distancing because you have to pass others going to and from the bathrooms. All inmates in his dorm uses the same bathroom.

### Call with Angela Poteete 4/28/20

Angela will send all paper work she has. She also will try to get medical records on Michael for this process. Angela has sent copies of her family insurance coverage verification. She has been employed at Valor Collegiate Academy and Holy Trinity Community Church since 2016. Angela sent a certified CR letter for Michael to the Warden at FMC Lexington but has not received a response.

### Michael's Prior Criminal History

*1997 -**Arm Robbery** Sentence: Three 12yrs sentences/concurrent Plea 7/2/1998

Attorney- **Phil Davis**

*2007- **DUI – No other info given**

*2014- **DUI - No other info given**

### Family Members Medical History

**Wife: Angela Poteete-** No medical problems

**Mother:** ~~Myra Patterson~~ [redacted]

**Father: Loyd Poteete** [redacted]

### Family Contact Information

Wife: **Angela Poteete-** [redacted] Pond Rd. Ashland City, TN. 319-270-0785 cell

Mother: **Myra Patterson-** [redacted]

Father: **Loyd Poteete-** [redacted] Nashville, TN