BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden | DATE: 4.30.20 |
|---|---|
| FROM: Poteete, Michael R | REGISTER NO.: 25105-075 |
| WORK ASSIGNMENT: Outside Rec AM | UNIT: Blue Grass |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am sending this cop-out to request a compassionate release. I have elivated liver enzymes, which can be verified through my medical records, due to cronic liver problems. In addition since being at this facility the Drs at UK have found that I have Arterial Sclrosis of the Sympatic Artery. This is a serious medical condition on its own. I also have 6 kids (3 biological + 3 step) out on the street that my wife needs me to help support along with a mother who is currently living at a Catholic Mission. All of these combined reasons, I believe makes me a good canidate for a compassionate release. Attached is a copy of my home plan + job plan

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

**SECTION 6**

Home & Job Plan

I will be living with my wife & kids at
~~###~~ Peter Pond Rd
Ashland City, TN 37015
My wife is A school teacher in the Metro Davidson Co
District & will immediately add me to her health inssurance.

My Job Plan is at
Bass Tires in South Nashville, TN where I will be an
automotive tech,