# (No subject)


Angela Poteete &lt;angelampoteete@gmail.com&gt;    ↻ Reply all | ⌄
Tue 5/5, 1:58 PM

Angela Poteete &lt;angelampoteete@gmail.com&gt; ⌄

> Dear Warden Quintana:  4-3-20
>
> My husband, Michael R. Poteete, Reg #25105-075, is in your custody. He has been in FMC Lexington since Jan 4, 2019. I am writing on his behalf to request a Compassionate Release for him. He has had 2 heart attacks, asthma and diminished liver function. He is non violent, he self-surrendered, and he has 0 write ups. He programs and he works. These pre-existing conditions make covid dangerous for him according to the CDC. Under the Cares Act, he qualifies for compassionate release. He has a stable home life, our home has established security. I have lived in TN for 4 years and held the same jobs. We lived in an apartment for 2 years and now we live in a house. Michael has access to transportation, medical insurance, he has a job offer, and 6 kids who need him safe. I have sent home plans to counselors Mitchell & Hatfield.



Angela Poteete
Sent from my phone, please excuse the brevity.