**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

LEXINGTON KY 40511

| Certified Mail Fee | $3.55 | | 0015 94 |
|---|---|---|---|
| $ | | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |

*Mitchell*

| Postage | $0.55 | |
| $ | | 04/13/2020 |
| Total Postage and Fees | $4.10 | |
| $ | | |

Sent To  *FMC 40511 Lexington*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

LEXINGTON KY 40511

| Certified Mail Fee | $3.55 | | 0015 94 |
|---|---|---|---|
| $ | | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |

*Hatfield*

| Postage | $0.55 | |
| $ | | 04/13/2020 |
| Total Postage and Fees | $4.10 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

7019 0490 0000 8939 5425

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

LEXINGTON CITY TN 37015

| Certified Mail Fee | $3.55 | | 0015 94 |
|---|---|---|---|
| $ | | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |

| Postage | $0.55 | |
| $ | | 04/03/2020 |
| Total Postage and Fees | $4.10 | |
| $ | | |

Sent To  *Francisco Quintana*

Street and Apt. No., or PO Box No.  *3501 Leestown Road*

City, State, ZIP+4®  *Lexington KY 40511*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions