

**BRAKE & ALIGNMENT**

3801 NOLENSVILLE ROAD • NASHVILLE, TENNESSEE 37211
PHONE: (615) 333-9673 • FAX: (615) 333-9992 • WEB: http://www.basstire.com

April 30, 2020

To whom it may concern,

I have known Michael Pottete's family for 40 years. Michael worked for me some years ago and did a very good job while in my employment. Like so many young people, Michael made some bad choices, that has cost him dearly. Michael is very intelligent and could really build a great career within my company. I had the opportunity to spend some time with Michael before he started serving his sentence. I must say, I was disappointed to see him taken out of being a productive tax payer and provider. Michael has a new mindset and proper direction to steer his life. If given an opportunity, I would like to have him on my team. I think he is ready to do life the right way.

Please consider Michael for release. He now has a loving family waiting for him. He knows how to be a father, a provider, and would be an asset to any company. He has a job waiting for him with in my company. I could use a service manager that understands today's complicated vehicles. I need a good organizer to manage my service personnel, as well as other areas in my company. If you see fit to send him home, he will not disappoint you!

Sincerely,

Steve Bass

Bass tire Co., Inc.