Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:-16-102 |
| ) | JUDGE TRAUGER |
| MICHAEL POTEETE ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, defendant Michael Poteete requests that the Court allow him to file medical records and an order from the court under seal. The Administrative Practices and Procedures for Electronic Case Filing (ECF) requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the documents to be filed under seal contain protected, confidential medical information and counsel therefore requests to file them under seal.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Michael Poteete

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020, I electronically filed this *Motion for Leave to File Under Seal* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Joseph Montminy, Assistant United States Attorneys, Office of the U.S. Attorney, 110 Ninth Avenue North, Suite A961, Nashville, Tennessee, 37203.

*s/ Michael C. Holley*
MICHAEL C. HOLLEY