# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:16-cr-00102 |
| ) | Judge Trauger |
| MICHAEL POTEETE ) | |

## ORDER

It is hereby ORDERED that the government shall file a *substantive* response to the defendant's Motion for Compassionate Release (Docket No. 50) by Tuesday, June 2, 2020.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

1