*Motion (DE #59) GRANTED. Extension to 6/4/2020.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:16-cr-00102 |
| v. | ) | |
| | ) | Judge Trauger |
| MICHAEL POTEETE | ) | |

**UNOPPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

The United States of America, by and through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and the undersigned counsel, hereby respectfully requests a an extension of time to file a Response to the Defendant's Motion for Compassionate Release (DE#50). The United States is respectfully requesting a brief two-day extension and would therefore ask for a due date of June 4, 2020 to file the Response.

1. The Court has ordered the United States to respond by today on the merits.

2. The undersigned has been working on a Response, which necessitates review of voluminous medical records.

3. An extension is requested in order to fully analyze all the issues, finalize research, and file the Response.

4. Yesterday, the undersigned contacted defense counsel, who does not oppose the motion.

1